# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** November 12, 2020

**CASE OF:** IN RE: AMENDMENTS TO THE FLORIDA FAMILY LAW
RULES OF PROCEDURE - FORMS 12.985 (a)-(g)
(COLLABORATIVE LAW PROCESS)

**DOCKET NO.:** SC19-1032          **OPINION FILED:** October 15, 2020

### ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

From pages 6-32, footer section, the font was changed from Times New Roman to Calibri throughout the appendix.

On page 6, in the form title, "Procedures" has been changed to "Procedure" on line 2.

On page 7, paragraph H, a blank line was inserted after the end of the paragraph.

From pages 29-32, footer section, "Notice of Termination of Collaborative Law Process" was changed to "Joint Verified Petition and Verified Answer for Dissolution of Marriage."

**SIGNED:  OPINION CLERK**